UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cause No. 2:19CR0023 |
| | ) | |
| v. | ) | 18 U.S.C. § 2 |
| | ) | 18 U.S.C. § 242 |
| CORY NEWLAND and | ) | |
| JOSHUA TITUS | ) | |

-FILED-

MAR 21 2019

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

### INDICTMENT

**THE GRAND JURY CHARGES:**

### BACKGROUND

On January 12, 2018, defendants Cory Newland and Joshua Titus were on duty as police officers with the City of Elkhart when an arrestee, M.L., was brought into the police department's booking area. Officers placed M.L. in a chair with his hands handcuffed behind his back and behind the back of the chair.

### COUNT 1

On or about January 12, 2018, in the Northern District of Indiana, the Defendants,

**CORY NEWLAND and JOSHUA TITUS,**

while aiding and abetting one another and while acting under color of law, willfully deprived arrestee M.L. of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable

1

seizure, which includes the right to be free from unreasonable force by a law enforcement officer. Specifically, when M.L., still handcuffed in the chair, spat in the direction of defendant Newland, defendants Newland and Titus struck M.L. in the face, causing him to fall backwards onto the floor, and then continued to strike M.L. repeatedly. This offense resulted in bodily injury to M.L.

In violation of Title 18, United States Code, Sections 242 and 2.

A TRUE BILL:

s/Foreperson
FOREPERSON

THOMAS L. KIRSCH
UNITED STATES ATTORNEY

By: s/Jennifer Chang
Jennifer Chang
Assistant United States Attorney

ERIC S. DREIBAND
ASSISTANT ATTORNEY GENERAL

By: s/Zachary Dembo
Zachary Dembo
Trial Attorney