UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 2:19 CR 00023-PPS/JPK |
| | ) | |
| CORY NEWLAND, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

This matter is before me on the findings and recommendation of Magistrate Judge Joshua P. Kolar relating to defendant Cory Newland's decision to enter a plea of guilty to Count 1 of the indictment pursuant to Rule 11 of the Federal Rules of Criminal Procedure.  [DE 110, 113.]  Following a hearing held on the record on August 30, 2022 [DE 113], Judge Kolar found that defendant understands the charge, his rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; and that the defendant knowingly and voluntarily entered into his decision to enter a plea of guilty to Count 1, charging him with deprivation of rights under color of law, in violation of 18 U.S.C. § 242.  Judge Kolar recommends that the Court accept defendant's plea of guilty and proceed to impose sentence.  Neither party has filed a timely objection to Judge Kolar's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Cory Newland's plea of guilty, to which no objection has been

filed, the Court hereby ADOPTS the findings and recommendation [DE 113] in their entirety.

Defendant, Cory Newland, is adjudged GUILTY of Count 1 of the indictment.

The sentencing hearing is SET for January 5, 2023, at 10:00 a.m. Hammond/Central time, before this Court in Hammond, Indiana.

ENTERED: September 13, 2022.

>  /s/   Philip P. Simon
> PHILIP P. SIMON, JUDGE
> UNITED STATES DISTRICT COURT